ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                              )
                                                        )
Ecology Mir Group                                       )    ASBCA No.   62675
                                                        )
Under Contract No.    W91364-20-P-0025    )

APPEARANCE FOR THE APPELLANT:          Mr. Adham Yusupov
                                        CEO

APPEARANCES FOR THE GOVERNMENT:        Scott N. Flesch, Esq.
                                         Army Chief Trial Attorney
                                        Dana J. Chase, Esq.
                                        MAJ Nicholas Lucchetti, JA
                                        CPT Ethan S. Chae, JA
                                         Trial Attorneys

ORDER OF DISMISSAL

On November 5, 2020, appellant requested that the appeal be withdrawn and dismissed with prejudice.  The appeal is withdrawn and dismissed with prejudice.

Dated:  November 12, 2020

_____
TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62675, Appeal of Ecology Mir Group, rendered in conformance with the Board's Charter.

Dated:  November 13, 2020

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals